## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTHONY JOHN VENERI, JR.        :        CIVIL ACTION
                                :
    v.                         :
                                :
DELAWARE COUNTY COURTHOUSE,     :        NO.  16-3649
et al.                          :

### ORDER

AND NOW, this 31st day of August, 2016, upon consideration of Anthony John Veneri

Jr.'s motion to proceed *in forma pauperis*, his petition for a writ of mandamus, and his petition

for a writ of *habeas corpus*, it is ORDERED that:

    1.      Leave to proceed *in forma pauperis* is GRANTED.

    2.      The petition for a writ of mandamus is DISMISSED as frivolous for the reasons

discussed in the Court's memorandum.

    3.      The Clerk of Court shall STRIKE the petition for a writ of habeas corpus.

    4.      The Clerk of Court shall CLOSE this case.

BY THE COURT:

MITCHELL S. GOLDBERG, J.